IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50918
Summary Calendar

_____

UNITED STATES OF AMERICA,                              Plaintiff-Appellee,

versus

KELVIN ONEAL LANKFORD,
a/k/a Kevin,                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CR-272

_____

February 1, 1996

Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM[*]:

Kelvin ONeal Lankford appeals the district court's denial of his motion to revoke a pretrial detention. We have reviewed the proceedings below and find support for the district court's decision affirming the magistrates judge and denying Lankford's motion to revoke the detention order. Lankford's assertion that he was only a user of cocaine is contradicted by the surveillance evidence that Lankford received large quantities of cocaine from a codefendant. Given the nature of the offense and the strength of the evidence against Lankford, the district court's denial of

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Lankford's motion to revoke the pretrial detention order was not an abuse of discretion. *See* 18 U.S.C. § 3142(g); *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992), *cert. denied*, ___U.S.___, 113 S.Ct. 1336, 122 L.Ed.2d 720 (1993).

AFFIRMED.